**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:26-mj-00082 |
| | : | Assigned To: Judge Upadhyaya, Moxila A. |
| **v.** | : | Assign. Date: 5/1/2026 |
| | : | Description: COMPLAINT W/ARREST WARRANT |
| **GREGORY WALLACE,** | : | |
| | : | |
| **Defendant.** | : | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, _____, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint, charging Gregory WALLACE with Conspiracy to Distribute and Possess with Intent to Distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, 50 grams or more of methamphetamine (actual), and a mixture and substance containing a detectable amount of Gamma-butyrolactone ("GBL,") a list I chemical under the Controlled Substances Act and, if intended for human consumption, a schedule I controlled substance pursuant to 21 U.S.C. §§ 802(32) and 813,[1] in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(C) and 846, as well as possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

---

[1] GBL is a list I chemical under the Controlled Substances Act. According to the DEA, its licit uses include use as "an industrial chemical intermediate and solvent, which is found in paint removers, cleaners, adhesives, and nail polish removers." *See* DEA, *Gamma-Butyrolactone*, https://www.deadiversion.usdoj.gov/drug_chem_info/gbl.pdf. However, if intended for human consumption, it is a schedule I controlled substance pursuant to 21 U.S.C. §§ 802(32) and 813. There is evidence that after oral ingestion, GBL is converted to GHB in the human body. GHB is a schedule I depressant and can be used as a "date rape" drug.

## AFFIANT BACKGROUND

2.      I am a Detective with the Arlington County Police Department (ACPD), Organized Crime Section, Drug Enforcement and Vice Unit, based in Arlington, Virginia, and have been since January 2023.  I have been employed by ACPD since July 2017 as a police officer as well as a detective in the Drug Enforcement Section.  I am currently assigned to the Drug Enforcement Administration (DEA), Washington/Baltimore High Intensity Drug Trafficking Area (HIDTA) Reston Group 12, located in Reston, Virginia, as a DEA Task Force Officer (TFO).  I have been assigned to this unit since January 2025. I am currently responsible for the enforcement of the statutes of the Virginia Code pertaining to the possession and distribution of narcotics and controlled dangerous substances as well as federal drug trafficking laws under Title 21 of the United States Code.

3.      As a narcotics investigator, I have participated in the application for and execution of many state and federal search warrants related to the investigation of narcotics and organized crime related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, drugs proceeds in the form of bulk U.S. currency, weapons, and other evidence of criminal activity.  Additionally, I have interviewed many individuals involved in drug trafficking and have obtained information from them regarding the acquisition, sale, importation, manufacture, and distribution of controlled substances. Through training and my experience, I am familiar with the methods used by traffickers of controlled substances and the nature and appearance of illegal narcotics. I know, based on my training and experience, that narcotics traffickers often arm themselves with weapons, including firearms, as a method of protection for themselves, their product, and the proceeds derived therefrom because narcotics trafficking is an illegal business, and thus narcotics traffickers do not have recourse of going to law enforcement

in the event that they are robbed or otherwise threatened for their product and/or the proceeds derived therefrom. I have received extensive training in drug identification, drug distribution methods, and drug enforcement techniques from various federal, state, and local agencies, including ACPD, the Northern Virginia Criminal Justice Academy, and the DEA, among others. Additionally, I have extensive training and experience related to the methods and processes used by drug traffickers through my position as an DEA TFO.

4.     As a law enforcement agent, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; executing search warrants and arrest warrants which resulted in seizures of illegal narcotics, firearms, and other contraband; consensual monitoring and recording of both telephonic and non-telephonic communications; and analyzing telephone pen register and caller identification systems data. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5.     Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

## **PROBABLE CAUSE**

6.     The DEA, United States Postal Inspection Service (USPIS), Customs and Border Protection (CBP), IRS Criminal Investigation ("IRS-CI"), and other investigative entities have been investigating a drug trafficking conspiracy to distribute methamphetamine, GBL, ketamine, and other narcotics in the District of Columbia, with conspirators located in the greater D.C.

Metropolitan Area, as well as various locations in the Mid-Atlantic United States, New York, California, Pennsylvania, Florida and South Korea.

7.    On or about June 6, 2025, members of the New York Drug Enforcement Task Force (NYDETF) received information from a                                    [2] regarding two kilograms of methamphetamine being shipped to                          (hereinafter,                          This package was coming from a previously identified Source of Supply (hereafter, "SOS") in California.

8.    Investigators conducted a controlled delivery of the United States Postal Service (hereafter, "USPS") parcel to                address, where                was observed picking up the parcel. Investigators subsequently entered the apartment due to an active arrest warrant for ████████ from Camden County Superior Court, New Jersey, from a 2023 indictment for Possession with the Intent to Distribute Methamphetamine. Approximately five pounds of methamphetamine were recovered along with other narcotics in ████████ apartment. ████████ cell phone was also seized, forensically examined, and then reviewed by law enforcement officers participating in this investigation.

9.    As described further *infra*, during the review of ████████ s cell phone following his arrest in June 2025 and supplemented with additional investigative steps as also detailed infra, law enforcement determined that ████████████████████ ████████████████████████ were conspirators




[2] ████████████████████████████████████

and redistributors of this Drug Trafficking Organization (DTO) distributing narcotics in the greater Washington, D.C. area, as well as locations throughout the Eastern United States, including New York City, Philadelphia, Baltimore, and South Florida.

10. Specifically, through a review of ▮▮▮▮▮▮▮▮ cell phone and other investigative techniques, investigators were able to determine that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were New York City-based wholesale importers of GBL from a ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. Over the course of the conspiracy, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ imported approximately 600 liters of GBL per month from ▮▮▮▮▮▮▮▮▮▮▮, which they redistributed often in tandem sales with methamphetamine and other narcotics, including ketamine.

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ then built out a redistribution network, with downstream redistributors of both their GBL and methamphetamine based in several cities along the Acela Corridor, including New York City, where co-conspirators ▮▮▮▮▮▮▮▮▮▮, and others were based, the District of Columbia, where co-conspirators ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ and others were based, and Baltimore, where co-conspirators ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

12. Less than two weeks after ▮▮▮▮▮▮ arrest, on or about June 16, 2025, NYDETF investigators located ▮▮▮▮▮▮▮▮▮▮▮▮▮ at the ▮▮▮▮▮▮▮ in New York City, Room 404. This room had been rented by ▮▮▮ and was under his name. Investigators knocked on the door, ▮▮▮▮ opened the door, and investigators discovered both ▮▮▮▮ and ▮▮▮▮-▮▮▮▮ inside of the room along with methamphetamine and other suspected narcotics in plain view. Following the arrest of ▮▮▮▮▮▮▮▮▮▮▮▮, agents seized approximately 3200 grams of suspected methamphetamine, 1400 grams of suspected MDMA, 1400 grams of

suspected ketamine, 1260 grams of suspected Dmiethyltryptamine, 85 grams of suspected Xanax, 85 grams of suspected liquid ketamine, 4300 grams of suspected GBL, and two cellular devices.

13. The next day, on or about June 17, 2025, investigators from DEA Group 52 executed two state search warrants at the known residences of ████████████████████████. The search warrants took place at ████████████████████████████████ ████████████████████████. Additionally, a state search warrant was executed on a storage unit, known to be utilized by █████████████ This search warrant took place at the Extra Space Storage facility, located at ████████████████████████████ At the time of the search warrant, ████████████████████ were both in the custody of the New York Police Department (NYPD) after their arrest at the ███████████

14. During the search of ████████████ residence, investigators seized 1189 grams of suspected GBL, 69 grams of suspected cocaine, and 884 grams of pharmaceutical pills. Additionally, financial documents and a notebook containing drug ledgers connecting ████████ the DTO were seized. During the search of ███████ residence, investigators seized 1,069 grams of suspected methamphetamine, 504 grams of suspected GBL and 34 grams of pharmaceutical pills. During a search of the storage unit, investigators seized 2000 grams of suspected GBL.

15. Following a search warrant for the forensic extraction of ████████████ and ████████ phones authorized on October 8, 2025, by the Honorable Moxila A. Upadhyaya, United States Magistrate Judge of the District Court for the District of Columbia in Case No. ████████ it was determined that ██████ was a co-conspirator and redistributor of narcotics who worked in conjunction with ████████████, the latter of whom sourced additional narcotics from Gregory WALLACE in Philadelphia.

███████████ *July 2025 Methamphetamine Seizure*

16.    On or about July 6, 2025, CS-2[3] communicated with ██████████ the Signal messenger application to purchase additional methamphetamine. CS-2 requested approximately one pound of methamphetamine and inquired about GBL. ██████ advised that he would travel to Philadelphia to obtain the methamphetamine, more commonly referred to as "T." During the communication, ██████ identified "Javier," who is ████████████████ O, as the source of supply for the methamphetamine.

17.    On or about July 9, 2025, investigators conducted surveillance of █████ at Union Station in Washington, D.C, following intelligence, including the communications between CS-2 and ██████████████ was traveling to Philadelphia on that date to pick up methamphetamine.

18.    Later that day, investigators observed █████ exit the Amtrak train that had arrived at Union Station from Philadelphia carrying two bags. ███████ was surveilled from the platform and out to the front of Union Station where he entered a vehicle driven by another co-conspirator. Approximately one hour later, █████████ surveilled walking back to the Union Station Metro platform. Investigators approached █████ and started a conversation. █████ disclaimed ownership of the bags that he was carrying. DEA Task Force Officer ███████████████ ██████████████████████. The K-9 had a positive reaction on both bags that █████ was observed carrying prior to the stop and the bags were seized.

_____

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████

19.      On or about July 24, 2025, investigators executed a search warrant, authorized by the Honorable Matthew J. Sharbaugh of the District Court for the District of Columbia in Case No. ███████, on the bags that had been seized from ██████ Approximately one pound of methamphetamine was seized along with drug paraphernalia, such as empty Ziplock bags, indicative of drug distribution. Law enforcement also seized ████████ phone, the same cell phone with which ████████████████████████████

20.      Through the search warrant issued by Magistrate Judge Sharbaugh, law enforcement observed in ██████ cell phone contacts that ████████████ known phone number was listed as belonging to ████████████████████ known phone number was also provided in ████████████ police report when he was arrested in Baltimore, Maryland in September 2024, for possessing 1.5 kilograms of methamphetamine, multiple liters of GBL, and additional narcotics.

### *Identification of WALLACE*

21.      During a manual review of ████████████ cellular telephone, it was discovered ████████████ orchestrated the delivery of suspected methamphetamine to his home address in Baltimore, shipped by WALLACE. Below are screenshots of communication between WALLACE (in white) and ██████ (in grey):



*Figure 1 (June 4, 2025)*



*Figure 3 (June 5, 2025)*          *Figure 4 (April 3, 2025)*

22.    In Figure 1, dated June 4, 2025, ▮▮▮▮▮▮▮▮▮▮ told WALLACE he would owe WALLACE $17,250 minus 2 waters (based upon your affiant's knowledge of common terms utilized by members of this DTO, "waters" is suspected to mean GBL), for a total of $15,750. He then stated that he would take another 800 off for "2c" (i.e., tusi, or a recreational drug that can contain a mix of controlled substances) and another 600 off for "0 of chunky," meaning ketamine. I believe that, in sum, this exchange means that ▮▮▮▮▮▮▮▮▮▮ is trading narcotics with WALLACE, while keeping a running total of debts owed between the co-conspirators.

23.    In Figure 2, which is a continuation of the same encrypted message thread into the following day, June 5, 2025, WALLACE messaged ▮▮▮▮▮▮▮▮▮▮ stating he ordered 2 Liters (believed to be GBL, as I know based on my knowledge of this DTO that GBL is most commonly

sold by the liter), 1 oz of K (believed to be ketamine), half oz of tusi, 20 X bars (believed to be Xanax), and 1 pound in exchange totaling $3,000.

24.    Figure 4, a screenshot of ████████████ Apple payment account, shows payments of $1,525 to WALLACE from April 3, 2025, corroborating their financial relationship.



Figure 4 (May 21, 2025)                    Figure 5 (May 28, 2025)

25.    During the string of communications in Figures 4 and 5, ███████████ ordered narcotics in pound quantities from WALLACE for redistribution to sellers in New York, Washington, D.C., and Baltimore. As seen in Figure 4, ███████████ writes "Or actually make that 5 plus the 2 free Os please since abd agreed ti the extra hundred. 1 goes to New Yorker and 2-3 to DC so def 5 (which, in the context of this investigation, is referring to methamphetamine) is a good number[.]" As seen in Figure 5, WALLACE writes "where is the

delivery [t]o", to which ███████████ replies, "Baltimore abd ███ believed to be referring

to ████████ ) mentioned a prepayment to my acct from customer (with partner now" and

"Need to know 100 percent of will delivery today." Based on my knowledge, training, and

experience, I believe that WALLACE and ██████████████ are coordinating methamphetamine

being delivered by WALLACE (or a courier) to ██████████████ his clients.

26.    The same day, WALLACE sent ████████████ a running total of the debt

██████████████ owed WALLACE based upon the various products sold to and from the two

business partners.



*Figure 6 (May 28, 2025)*

27.    Based upon my review of encrypted messages between ████████████ and WALLACE, the business partners appear to use various payment platforms to settle drug debts owed, including through the transfer of digital currency to Bitcoin wallets, as well as peer-to-peer platforms including Apple Pay, CashApp, and PayPal.

28.    A review of WALLACE's peer-to-peer activity bears out this relationship. From April 2024 to March 2026, via Apple Pay, PayPal, and Zelle,[4] ████████████████ have transacted approximately $33,985 in peer-to-peer transfers. The most recent transfers occurring on February 28, 2026 (three transfers made from WALLACE to ████████████████ for $1, $800, and $500, respectively) and March 3 and 5, 2026 ($500 and $65, respectively). Additionally, Zelle financial transactions as of March 11, 2026, show that the number associated with WALLACE was attached to a bank account receiving payments. Not all payments between ████████ and WALLACE occurred over Zelle as they each have numerous accounts across multiple financial institutions. Some of the transactions from Zelle are transcribed below in Figure 7.

| Date | Amount | Sender | Recipient |
|---|---|---|---|
| 4/7/2024 | $1000 | ████ | WALLACE |
| 7/27/2024 | $980 | ████ | WALLACE |
| 8/12/2024 | $1000 | ████ | WALLACE |
| 8/23/2024 | $700 | ████ | WALLACE |
| 8/24/2024 | $1000 | ████ | WALLACE |
| 9/17/2024 | $600 | ████ | WALLACE |

---

[4] Apple Pay, Paypal, and Zelle are peer-to-peer mobile banking applications used to send money electronically. They can be accessed from portable electronic devices such as cell phones, tablets, and laptops.

[5] ████████████████████████████

| 1/31/2025 | $2500 | ███████ | WALLACE |
|---|---|---|---|
| 4/21/2025 | $500 | ███████ | WALLACE |
| 4/21/2025 | $2500 | ███████ | WALLACE |
| 8/18/2025 | $500 | WALLACE | ██████ |
| 8/19/2025 | $500 | WALLACE | ██████ |
| 8/19/2025 | $500 | WALLACE | ██████ |
| 8/21/2025 | $500 | WALLACE | ██████ |
| 8/21/2025 | $500 | WALLACE | ██████ |
| 8/29/2025 | $1475 | WALLACE | ██████ |

*Figure 7*

29.     On April 14, 2026, your affiant received call detail records (CDRs) for the cellular device utilized by WALLACE. These records were obtained pursuant to renewed District of Columbia search warrant No. ████████ that authorized the collection of geolocation data for WALLACE's cellular device, along with the cellular devices of other members of the DTO. These CDRs show that WALLACE was contacted or was contacted by ██████████[6] 77 times from November 15, 2025, to March 30, 2026.

---

[6] ████████████████████████████████████████████

*April 29, 2026, Residential Warrant Executions and Arrests*

30.     On April 28, 2026, the Honorable Pamela A. Carlos of the Eastern District Pennsylvania issued a Rule 41 search warrant (Case No.                authorizing the search of WALLACE's residence at                                          as part of a coordinated cross-district arrest and search operation in connection with the indictment in District of Columbia Case No.

31.     On April 29, 2026, law enforcement executed a residential search warrant associated with WALLACE. Upon entering the residence, law enforcement was met by WALLACE and another male occupant. Law enforcement called out both occupants who were taken into custody without incident. WALLACE was read his Miranda Rights and acknowledged the narcotics inside the residence belonged to him. Agents recovered a large bag that contained 5 individual bags of suspected methamphetamine that weighed approximately 2.338 kilograms. These recoveries are depicted below in Figure 8.



*Figure 8*

32.     In addition, three bottles containing suspected GBL were located in the front room on the second floor weighing approximately 2.6 kg. Law enforcement also recovered various amounts of ecstasy pills, MDMA, and smaller bags of suspected methamphetamine in the same box as the GBL. On both the second and third floor of residence agents located two firearms in close proximately to various narcotics. These additional narcotics recoveries are depicted below in Figure 9. The firearms recoveries are depicted in Figures 10 and 11.



*Figure 9*



*Figure 10*



*Figure 11*

## **CONCLUSION**

33.    For the reasons set forth above, I submit that probable cause exists to believe that beginning in or about January 2023, and continuing through April 29, 2026, WALLACE participated in a conspiracy to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, 50 grams or more of methamphetamine (actual), and GBL. I further submit that probable cause exists that on or about April 29, 2026, WALLACE possessed one or more firearms in furtherance of a drug trafficking crime.

Respectfully submitted,

Drug Enforcement Administration

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on May 1, 2026.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE